UNITED STATES BANKRUPTCY COURT
DISCRICT OF MINNESOTA

---

In re:  BKY No. 17-41184

Ruby Red Dentata, LLC

    Debtor.

---

**NOTICE OF HEARING AND MOTION FOR AN ORDER
AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF INTERESTS**

---

To:    Parties specified in Local Rule 9013-3.

    1.    Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("Trustee"), moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a on this motion at **11:00 a.m.** on **September 24, 2019**, before the Honorable William J. Fisher, Courtroom 2B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

    3.    Any response to this motion must be filed and served by delivery not later than **Thursday, September 19, 2019** which is five days before the time set for the hearing (including Saturdays, Sundays and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding.  The Debtor filed a voluntary Chapter 11 Petition on April 24, 2017, and on September 11, 2018, the case was converted to a Chapter 7.

1

5. This Motion arises under 11 U.S.C. §§ 363(b) and 365, Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9019, and Local Rule 6004-1.

## REQUESTED RELIEF

6. The Bankruptcy Estate is currently the owner of real property located at 20 and 28 N. 4th Street, Minneapolis, MN, legally described as follows:

**Lots 10, 11, and 12, Auditor's Subdivision No. 152, Hennepin County, Minnesota**

(the "Real Property"). The Real Property consists of two commercial buildings.

7. The Trustee seeks authorization to sell the bankruptcy estate's interest in the Real Property, and the contents thereof, to North Fourth Minneapolis, LLC (the "Buyer") for the sale price of $37,500. The Trustee has entered into, or will enter into, a commercial purchase agreement with the Buyer in the form attached hereto as Exhibit 1.

8. The proposed sale also includes the bankruptcy estate's interests in the following:

   a. All of the personal property including furniture, fixtures and equipment, supplies, materials and inventory, and HVAC components and systems that are not otherwise fixtures;

   b. Together with all of the bankruptcy estate's rights claims and interests in the following leases and causes of action:
      i. That certain lease agreement, and all of the lessor's rights claims, interests and demands under the lease dated January 2, 2018, between Ruby Red Dentata, LLC, as landlord and Brewer Nelson Entertainment, LLC, as tenant; and including the lease guarantee by Ms. Freedom Brewer, and;

      ii. That certain lease agreement, and all of the lessor's rights claims, interests and demands under the lease dated September 18, 2015, between Ruby Red Dentata, LLC, as landlord and D12 Ventures, LLC. , as tenant; and including the lease guarantee by Mitchell E. Spargur and the related rights and claims of the plaintiff in Hennepin County District Court File No.: 27-CV-16-15530, in the matter of Ruby Red Dentata, LLC v. Mitchell E. Spargur and D12 Ventures, LLC, Filed October 21, 2016; and

      iii. That certain lease agreement, and all of the lessor's rights claims, interests

2

and demands under the lease dated March 8, 2009, between Ruby Red Dentata, LLC, as landlord and Salemh Investment, Inc. dba Happy Days Market, as tenant; and including the lease guarantee by Mr. Gamal Hamed and the related rights and claims of the plaintiff in Hennepin County District Court File No.: 27-CV-16-17113, in the matter of Ruby Red Dentata, LLC. V. Gamal Hamed and Salemh Investment, Inc. filed November 23, 2016

9. The Trustee seeks authorization to sell and transfer the Bankruptcy Estate's interest, right and title to the Real Property free and clear of the following interests to the full extent permissible under 11 U.S.C. § 363(f):

   a. All rights, claims and interests of Mr. Roman Gadaskin arising out of original Purchase Agreement dated March 29, 2018, and as agreed to by Addendum to Commercial Purchase Agreement and Counter Offer dated April 26, 2018 and Buyer executed as at April 30, 2018, as buyer of the Property, and;

   b. All rights, claims and interests of Common Ground Real Estate Investors and 3121 North Racine, LLC and Mr. Brandon Karow and Mr. Jeffrey A. Dow, arising out of a purchase agreement for the Property dated August 2, 2018.

10. The interests of the parties described in paragraph 9 above are no longer enforceable against the bankruptcy estate or the real property as those contract rights have expired or lapsed due to non-performance and the trustee does not believe the parties have any legal interest in the real property as of the date this motion is filed.

11. With the exception of the interests identified at paragraph 9a and 9a, the proposed sale shall transfer the property subject to all other liens or encumbrances, including but not limited to the following encumbrances of record:

|    | Type of Lien | Date File | Amount | In Favor Of |
|----|---|---|---|---|
| a. | Mortgage | 4/5/2007 | $400,000 | Harvest Bank f/k/a State Bank of Kimball |
| b. | Corrective Mortgage | 9/25/2009 | $359,000 | Toby B. Brill (correcting Doc. # T4689000) |
| c. | Attorney Lien | 12/10/2009 | $22,990.45 | Saliterman & Siefferman, P.C. |
| d. | Mechanic Lien | 3/22/2012 | $8,322.00 | Sternberg Electric Service, Inc. |

| e. | Attorney Lien | 9/10/2012 | $7,378.30 | Arthur D. Walsh |
|---|---|---|---|---|
| f. | Judgment | 02/02/2015 | $5,660.50 | Nickolaus Mulcahy |
| g. | Judgment | 6/30/2016 | $11,382.04 | Arthur D. Walsh |
| h. | Judgment | 11/02/2016 | $3,750.00 | Asa-Azriel F. Rice |

12. The Buyer agrees to accept the Real Property subject to any outstanding real estate taxes. The Estate has agreed to pay the deed tax required by Minnesota Statutes Chapter 287 for the filing of the Trustee's Quit Claim Deed.

13. The parties have also agreed that the bankruptcy estate is responsible for the expense of the insurance the Trustee has placed on the Real Property through the closing date, after which the Buyer shall be responsible for obtaining her own insurance and bears the expense of such insurance. The Trustee has also agreed to pay, in aggregate, a total of $2,000.00 toward any outstanding invoices relating to utilities or other maintenance related expenses invoiced to maintain the Real Property prior to the closing date; if the outstanding invoices for utilities or other maintenance related charges incurred prior to closing exceed the aggregate sum of $2,000.00, the amount in excess of $2,000.00 is the responsibility of the Buyer.

14. The bankruptcy estate is not represented by a real estate agent in this transaction, and no commission will be paid. The bankruptcy estate may incur other standard closing costs in finalizing this sale, costs which will be paid from the sale proceeds received by the bankruptcy estate.

15. The Trustee requests that the order approving this sale be effectively immediately pursuant to Fed. R. Bankr. P. 6004(h).

16. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

WHEREFORE, the Trustee moves the court for an order as follows:

1.      Authorizing the Trustee to sell the bankruptcy estate's interest in the real property, located at 20 and 28th N. 4th Street, Minneapolis, Minnesota and legally described as:

**Lots 10, 11, and 12, Auditor's Subdivision No. 152, Hennepin County, Minnesota**

along with additional assets relating to the Real Property as described in the commercial purchase agreement between the Trustee and North Fourth Minneapolis, LLC, to North Fourth Minneapolis, LLC for the sale price of $37,500;

2.      Ordering that the trustee's sale of the real property and assets is sold free and clear of the following liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f):

   a. All rights, claims and interests of Mr. Roman Gadaskin arising out of original Purchase Agreement dated March 29, 2018, and as agreed to by Addendum to Commercial Purchase Agreement and Counter Offer dated April 26, 2018 and Buyer executed as at April 30, 2018, as buyer of the Property, and;

   b. All rights, claims and interests of Common Ground Real Estate Investors and 3121 North Racine, LLC and Mr. Brandon Karow and Mr. Jeffrey A. Dow, arising out of a purchase agreement for the Property dated August 2, 2018.

3.      Ordering that the transfer of the real property to North Fourth Minneapolis, LLC constitutes a legal, valid and effective transfer, assignment, sale and conveyance of the bankruptcy estate's interest in the real property and assets described in the purchase agreement and shall vest North Fourth Minneapolis, LLC with all right, title and interest in such acquired assets.

4.      Authorizing the trustee to execute such documents as are necessary to finalize the sale;

5.      Ordering that the order approving the sale is effective immediately notwithstanding Fed. R. Bankr. P. 6004(h); and

6.      Any other relief the court deems appropriate.

                                       **FULLER, SEAVER & SWANSON, P.A.**

Dated: September 3, 2019          By __/e/ Matthew D. Swanson_____
                                                   Matthew D. Swanson    390271
                                                   Fuller, Seaver & Swanson, P.A.
                                                   12400 Portland Ave. S., Suite 132
                                                   Burnsville, MN 55337
                                                   (952) 890-0888

                                                   Attorneys for the Trustee

## **VERIFICATION**

     I, Randall L. Seaver, Trustee of the Bankruptcy Estate of the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Interests, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.


Dated:  September 3, 2019                                                __/e/ Randall L. Seaver_____
                                                                               Randall L. Seaver, Trustee

DocuSign Envelope ID: CA9C9CDD-A51D-4190-A495-68571899D28F

# COMMERCIAL PURCHASE AGREEMENT

This Commercial Purchase Agreement (the "**AGREEMENT**") dated as of August __, 2019 by and between Randall L. Seaver, as Trustee of the Ruby Red Dentata, LLC bankruptcy estate, (the "**SELLER**") at Fuller Seaver & Swanson, PA, 12400 Portland Avenue South, Suite 132, Burnsville, MN 55337, a Professional Association and North Fourth Minneapolis, LLC, (the "**BUYER**") at 5115 Excelsior Boulevard, No 231, Minneapolis, MN 55416, a Minnesota Limited Liability Company.

1. **Sale Price and Earnest Money.** Buyer has escrowed the sum of Thirty-Seven Thousand Five Hundred Dollars and No Cents Dollars ($37,500) as both earnest money and in full payment for the purchase of property at 20-22 North Fourth Street, (including 327 1st Avenue North and 28 North 4th Street), Minneapolis, MN 55401, situated in the County of Hennepin, State of Minnesota, and legally described as follows:

    **Lots 10, 11 and 12, Auditor's Subdivision, No 152, Hennepin County, MN.**

    together with the following personal property:
    All of the personal property including furniture, fixtures and equipment, supplies, materials and inventory, and HVAC components and systems that are not otherwise fixtures

    Together with all of the Seller's rights claims and interests in the following leases and causes of action:

    - That certain lease agreement, and all of the lessor's rights claims, interests and demands under the lease dated January 2, 2018, between Ruby Red Dentata, LLC, as landlord and Brewer Nelson Entertainment, LLC, as tenant; and including the lease guarantee by Ms. Freedom Brewer, and;

    - That certain lease agreement, and all of the lessor's rights claims, interests and demands under the lease dated September 18, 2015, between Ruby Red Dentata, LLC, as landlord and D12 Ventures, LLC., as tenant; and including the lease guarantee by Mitchell E. Spargur and the related rights and claims of the plaintiff in Hennepin County District Court File No.: 27-CV-16-15530, in the matter of Ruby Red Dentata, LLC v. Mitchell E. Spargur and D12 Ventures, LLC, Filed October 21, 2016; and

    - That certain lease agreement, and all of the lessor's rights claims, interests and demands under the lease dated March 8, 2009, between Ruby Red Dentata, LLC, as landlord and Salemh Investment, Inc. dba Happy Days Market, as tenant; and including the lease guarantee by Mr. Gamal Hamed and the related rights and claims of the plaintiff in Hennepin County District Court File No.: 27-CV-16-17113, in the matter of Ruby Red Dentata, LLC. V. Gamal Hamed and Salemh Investment, Inc. filed November 23, 2016.



EXHIBIT 1    Page 1

The foregoing leases and related claims, are sometimes collectively referred to as the ("**LEASE CLAIMS**").The Real Property and Personal Property and the Lease Claims are sometimes collectively referred to as the ("**PROPERTY**"), all of which the undersigned agrees to sell to Buyer for the sum of Thirty-Seven Thousand Five Hundred Dollars and No Cents ($37,500), which Buyer agrees to pay in the following manner: Earnest money herein paid $37,500 on August 2, 2019 to be released at closing.

2. **Deed/Marketable Title.** Subject to performance by Buyer, Seller agrees to execute and deliver a recordable Trustee Quit Claim Deed conveying marketable title to the Property subject to the following exceptions:
   a.  Building and zoning laws, ordinances, State and Federal regulations;
   b.  Restrictions relating to use or improvement of the premises without effective forfeiture provision;
   c.  Reservation of any minerals or mineral rights to the State of Minnesota;
   d.  Utility and drainage easements which do not interfere with present improvements;
   e.  Liens, mortgages, and encumbrances of record, including those identified in Exhibit 1 to this Agreement;
   f.  Rights of tenants as follows:
   The Lease Claims and access to offices, reception area, media and conference rooms, kitchen, lavatory and laundry, storage, closets and areas of ingress and egress.

3. **Court Approval.** This Agreement is subject to the approval of the United States Bankruptcy Court. The parties shall use their best efforts and cooperate with one another to obtain court approval as promptly as possible; but in any event, in sufficient time to close on or before September 24, 2019 The parties shall seek approval of the court as a sale free and clear of all interests under 11 U.S.C. §363(f), subject to the exceptions stated above. Without limiting the foregoing, the sale shall be free and clear of claims, rights and interests of:

   i.  All rights, claims and interests of Mr. Roman Gadaskin arising out of original Purchase Agreement dated March 29, 2018, and as agreed to by Addendum to Commercial Purchase Agreement and Counter Offer dated April 26, 2018 and Buyer executed as at April 30, 2018, as buyer of the Property, and;
   ii. All rights, claims and interests of Common Ground Real Estate Investors and 3121 North Racine, LLC and Mr. Brandon Karow and Mr. Jeffrey A. Dow, arising out of a purchase agreement for the Property dated August 2, 2018.

   If court approval is not obtained on or before September 23, 2019, or if the court does not approve the sale, this Agreement shall terminate automatically, of its own accord; and the escrow agent shall return the Buyer's earnest money deposit to the Buyer.

4. **Real Estate Taxes and Special Assessments, Deed Tax.** The Buyer shall pay all real estate taxes and special assessments. Seller shall pay the deed tax required by Minnesota Statutes chapter 287.

5. **Allocation of Past Due Operating Expenses.** <u>The Seller is responsible for the expense of the insurance he has placed on the real property through the Closing Date, after which the Buyer shall be responsible for obtaining her own insurance and bears the expense of such insurance. The Trustee also agrees to pay, in aggregate, a total of $2,000.00 toward any outstanding invoices relating to utilities or other maintenance related expenses invoiced to maintain the Real Property prior to the Closing Date; if the outstanding invoices for utilities or other maintenance related</u>

Page 2

<u>charges incurred prior to Closing exceed the aggregate sum of $2,000.00, the amount in excess of $2,000.00 is the responsibility of the Buyer.</u>

6. **Damage to the Property.** If there is any loss or damage to the Property between the date hereof and the date of Closing, the risk of loss shall be on Seller. If the Property is destroyed or substantially damaged before the Closing, Seller shall cause the damage to Property to be repaired.

7. **Title Insurance.** Buyer shall, as promptly as possible obtain:
   a. A commitment for an owner's policy of title insurance on a current ALTA form issued by Old Republic National Title Insurance Company, an insurer licensed to write title insurance in Minnesota.
   b. Buyer shall pay for the title insurance premium for an owner's policy, together with the costs for any endorsements or other coverage requested by Buyer.
   c. If Buyer is unable to obtain reasonable assurance that it can obtain insurable title as of the date of closing (subject to the exceptions stated in Section 2) within fifteen days after execution of this Agreement, Buyer may cancel this Agreement and obtain its earnest money back.

8. **Escrow; Closing.** Commercial Partners Title, 200 South Sixth Street, Suite 1300, Minneapolis, MN 55402, shall act as escrow agent to hold the Buyer's earnest money deposit and as closing agent to close this purchase and sale transaction. At closing the Buyer shall deliver the purchase price by releasing the earnest money deposit from escrow; and the Seller shall deliver a trustee's quit claim deed in form and substance reasonably satisfactory to the Buyer and its counsel and sufficient to convey fee title subject to the permitted encumbrances. The parties shall each deliver such other and additional documents and instruments as may be reasonably requested by the other party or the escrow agent. The Seller shall deliver possession to the Buyer as of the date and time of closing.

9. **Time.** Time is of the essence for all provisions of this contract.

10. **Survival.** All of the warranties, representations and covenants of this Agreement shall survive and be enforceable after the Closing.

11. **Successors and Assigns.** All provisions of this Agreement shall be binding on the Buyer's and Seller's successors and assigns.

12. **Acceptance Deadline.** This offer to purchase, unless accepted sooner, shall be null and void at 11:59 p.m. on August 23, 2019. If this offer becomes void, all earnest money will be refunded to Buyer.

13. **Representation.** Neither party is represented by a realtor in connection with these transactions.

14. **Condition of Property.** The Property is being sold as is/where is, without any representations as to condition.

15. **Entire Agreement.** This Agreement constitutes the complete agreement between the parties and supersedes any prior oral or written agreements between the parties regarding the Property. There are no verbal agreements that change this Agreement. No waiver of any of the terms of this Agreement will be effective unless in writing executed by the parties.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement on the day and year first set forth above.

| Seller: Randall L. Seaver, Trustee | Buyer: North Fourth Minneapolis, LLC. |
|---|---|
| By_____ Date____ | By  *TB Brill*  Date 8/28/2019 |
| Randall L. Seaver, Trustee | Toby B. Brill, its Chief Executive Member |

Page 4

# EXHIBIT 1
# LIENS AND ENCUMBRANCES

| Type of Lien | Date Filed | Amount | In Favor Of |
|---|---|---|---|
| Mortgage | 04/25/2007 | $400,000.00 | Harvest Bank f/k/a State Bank of Kimball |
| Corrective Mortgage | 09/25/2009 | $359,000.00 | Toby B. Brill (correcting Doc.#T4689000) |
| Atty. Lien | 12/10/2009 | $22,990.45 | Saliterman & Siefferman, P.C. |
| Mech. Lien | 03/22/2012 | $8,322.00 | Sternberg Electric Service, Inc. |
| Atty. Lien | 9/10/2012 | $7,378.30 | Arthur D. Walsh |
| Judgment | 02/02/2015 | $5,660.50 | Nickolaus Mulcahy |
| Judgment | 06/03/2016 | $11,382.04 | Arthur D. Walsh |
| Judgment | 11/02/2016 | $3,750.00 | Asa-Azriel F. Rice |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                              BKY No. 17-41184
                                                                                                    Chapter 7 Case
Ruby Red Dentata, LLC

    Debtor.

**ORDER**

This case is before the court on the trustee's motion for an order authorizing the sale of bankruptcy estate property free and clear of interests pursuant to 11 U.S.C. § 363.

Appearances, if any, were noted upon the record.

Upon the motion and the files,

IT IS ORDERED:

1.    The trustee is authorized to sell the bankruptcy estate's interest in the real property, located at 20 and 28th N. 4th Street, Minneapolis, Minnesota and legally described as:

Lots 10, 11, and 12, Auditor's Subdivision No. 152, Hennepin County, Minnesota

along with additional assets relating to the real property as described in the commercial purchase agreement between the trustee and North Fourth Minneapolis, LLC, to North Fourth Minneapolis, LLC for the sale price of $37,500;

2.    The sale of the real property and assets is free and clear of the following liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f):

    a.  All rights, claims and interests of Mr. Roman Gadaskin arising out of original Purchase Agreement dated March 29, 2018, and as agreed to by Addendum to Commercial Purchase Agreement and Counter Offer dated April 26, 2018 and Buyer executed as at April 30, 2018, as buyer of the Property, and;

    b.  All rights, claims and interests of Common Ground Real Estate Investors and 3121 North Racine, LLC and Mr. Brandon Karow and Mr. Jeffrey A. Dow, arising out

of a purchase agreement for the Property dated August 2, 2018.

3. Sale of the real property to North Fourth Minneapolis, LLC constitutes a legal, valid and effective transfer, assignment, sale and conveyance of the bankruptcy estate's interest in the real property and assets described in the commercial purchase agreement and shall vest North Fourth Minneapolis, LLC with all right, title and interest in such acquired assets.

4. The trustee is authorized to execute such documents as are necessary to finalize the sale;

5. This Order is effective immediately notwithstanding Fed. R. Bankr. P. 6004(h).

Dated: _____

William J. Fisher
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RUBY RED DENTATA, LLC | CASE NO: 17-41184<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>Response Date: September 19, 2019 |

On 9/3/2019, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion for an Order Authorizing Sale Free and Clear of Interests

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2019

/s/ Matthew D. Swanson
Matthew D. Swanson  390271
mswanson@fssklaw.com
Fuller, Seaver & Swanson, P.A.
12400 Portland Ave. S., Suite 132
Burnsville, MN  55337
952 890 0922

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RUBY RED DENTATA, LLC | CASE NO: 17-41184 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | Response Date: September 19, 2019 |

On 9/3/2019, a copy of the following documents, described below,

Notice of Hearing and Motion for an Order Authorizing Sale Free and Clear of Interests

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matthew D. Swanson
Fuller, Seaver & Swanson, P.A.
12400 Portland Ave. S., Suite 132
Burnsville, MN  55337

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          COUNTY OF HENNEPIN                 EDINA REALTY
 LABEL MATRIX FOR LOCAL NOTICING   CO MICHAEL O FREEMAN               14525 HIGHWAY 7
08644                              HENNEPIN COUNTY ATTORNEY           STE 245
CASE 17-41184                      2000 COURT TOWER - HCGC            MINNETONKA MN 55345-3731
DISTRICT OF MINNESOTA              MINNEAPOLIS MN 55487-0200
MINNEAPOLIS
TUE SEP 3 14-00-29 CDT 2019


                                   DEBTOR                             EXCLUDE
HEIDI INVESTMENTS INC
7569 BLACKOAKS LANE NORTH          RUBY RED DENTATA LLC               MINNEAPOLIS
MAPLE GROVE MN 55311-3724          5115 EXCELSIOR BLVD                301 US COURTHOUSE
                                   NO 231                             300 SOUTH FOURTH STREET
                                   MINNEAPOLIS MN 55416-2906          MINNEAPOLIS MN 55415 1320



ARTHUR D WALSH                     BEST  FLANAGAN                     BEST  FLANAGAN LLP
329 GENEVA AVE N                   MIKE GALESKI                       ATTN DANIEL A KAPLAN
STE 117                            60 SOUTH SIXTH ST SUITE 2700       60 SOUTH SIXTH STREET SUITE 2700
ST PAUL MN 55128-6411              MINNEAPOLIS MN 55402-4452          MINNEAPOLIS MN 55402-4690



EXCLUDE                            CENTERPOINT ENERGY                 CENTERPOINT ENERGY

CBRE INC                           PO BOX 1144                        PO BOX 4567
PO BOX 15531 LOCATION              MINNEAPOLIS MN 55440-1144          HOUSTON TX 77210-4567
CODE 2071
CHICAGO IL 6069



CENTURYLINK                        CITY OF MPLS WATER WORKS           CENTERPOINT ENERGY
PO BOX 91154                       UTILITY BILLING                    PO BOX 4671
SEATTLE WA 98111-9254              250 S 4TH ST ROOM 200              HOUSTON TX 77210-4671
                                   MPLS MN 55415-1321



CITY OF MINNEAPOLIS                D12 VENTURES LLC                   D12 VENTURES LLC
250 S FOURTH ST RM 230             2900 WASHINGTON AVENUE NORTH       CO SAMUEL L STERN
MINNEAPOLIS MN 55415-1321          MINNEAPOLIS MN 55411-1630          2900 WASHINGTON AVENUE NORTH
                                                                      MINNEAPOLIS MN 55411-1630



EDINA REALTY INC                   FREELAND BRIESE LLC                HARVEST BANK
CO BASSFORD REMELE PA              327 1ST AVENUE N                   ATTN KEITH MARKWARDT
100 SOUTH FIFTH STREET SUITE 1500  SUITE 200                          75 NORTH MAIN STREET
MINNEAPOLIS MN 55402-1254          MINNEAPOLIS MN 55401-1609          KIMBALL MN 55353-5401



HENNEPIN COUNTY                    INTERNAL REVENUE SERVICE           KINGFIELD CONSTRUCTION PRODUCT
A600  GOVERNMENT CENTER            PO BOX 7346                        20 NORTH 4TH STREET
300 S 6TH STREET                   PHILADELPHIA PA 19101-7346         SUITE 300 WEST
MINNEAPOLIS MN 55487-0999                                             MINNEAPOLIS MN 55401-1712



MR ARTHUR D WALSH                  MS TOBY BRILL                      MITCHELL E SPARGUR
117 LAKEVIEW TERRACE               5115 EXCELSIOR BOULEVARD           CO SAMUEL L STERN
329 GENEVA AVENUE NO               NO 231                             2900 WASHINGTON AVENUE NORTH
ST PAUL MN 55128-6409              MINNEAPOLIS MN 55416-2906          MINNEAPOLIS MN 55411-1630
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MR ARTHUR D WALSH
117 LAKEVIEW TERRACE
329 GENEVA AVENUE N
SAINT PAUL MN 55128-6409

PLOT BRAND LLC
1022 S HIGHLAND AVE
LOS ANGELES CA 90019-1748

PLOT BRAND LLC
4041 3RD AVE SO
MINNEAPOLIS MN 55409-1610

S STEVEN PRINCE
825 NICOLLET MALL
SUITE 1648
MINNEAPOLIS MN 55402-2705

STEVEN B NOSEK PA
2855 ANTHONY LN SOUTH 201
ST ANTHONY MN 55418-2637

SALAMH INVESTMENT INC
DBA HAPPY DAYS MARKET
7367 MEMORY LANE
MINNEAPOLIS MN 55432-3218

SALITERMAN  SIEFFERMAN PC
600 SOUTH HWY 169
SUITE 1500
MINNEAPOLIS MN 55426-1230

SAMUEL L STERN
BRIDGE LAW GROUP LTD
2900 WASHINGTON AVE N
MINNEAPOLIS MN 55411-1630

SCHAFER RICHARDSON INC
900 N 3RD STREET
MINNEAPOLIS MN 55401-1017

SCHAFER RICHARDSON INC
900 NORTH THIRD STREET
MINNEAPOLIS MN 55401-1017

SCHAFER RICHARDSON INC
901 N 3RD STREET
SUITE 218
MINNEAPOLIS MN 55401-1051

TOBY B BRILL
28 NORTH 4TH STREET
MINNEAPOLIS MN 55401-1712

US TRUSTEE
300 SOUTH FOURTH ST
SUITE 1015
MINNEAPOLIS MN 55415-3070

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

XCEL ENERGY
414 NICOLLET MALL
MINNEAPOLIS MN 55401-1993

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

XCEL ENERGY NORTH
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 268872
OKLAHOMA CITY OK 73126-8872

ARTHUR D WALSH
329 GENEVA AVE N 117
ST PAUL MN 55128-6411

ROMAN GADASKIN
13112 SUNSET TRAIL
PLYMOUTH MN 55441-5516

RANDALL L SEAVER
12400 PORTLAND AVENUE SOUTH
SUITE 132
BURNSVILLE MN 55337-6805

STEVEN B NOSEK
STEVEN NOSEK PA
2855 ANTHONY LN S
STE 201
ST ANTHONY MN 55418-2637

YVONNE R DOOSE
STEVEN B NOSEK P A
2855 ANTHONY LN S
STE 201
ST ANTHONY MN 55418-2637