**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Ruby Red Dentata, LLC

    Debtor.

BKY No. 17-41184

Chapter 7 Case

### ORDER

This case is before the court on the trustee's motion for an order authorizing the sale of bankruptcy estate property free and clear of interests pursuant to 11 U.S.C. § 363.

Appearances, if any, were noted upon the record.

Upon the motion and the files,

IT IS ORDERED:

1. The trustee is authorized to sell the bankruptcy estate's interest in the real property, located at 20 North Fourth Street, 327 1st Avenue North and 28 North 4th Street, Minneapolis, MN 55401 and legally described as:

**Lots 10, 11, and 12, Auditor's Subdivision No. 152, Hennepin County, Minnesota**

(the "Property") along with additional assets relating to the Property as described in the commercial purchase agreement between the trustee and North Fourth Minneapolis, LLC, to North Fourth Minneapolis, LLC for the sale price of $37,500;

2. The sale of the Property and assets is free and clear of the following liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f):

    a. All rights, claims and interests of Mr. Roman Gadaskin arising out of original Purchase Agreement dated March 29, 2018, and as agreed to by Addendum to Commercial Purchase Agreement and Counter Offer dated April 26, 2018 and Buyer executed as at April 30, 2018, as buyer of the Property, and;

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2019*
Lori Vosejpka, Clerk, by WM

      b. All rights, claims and interests of Common Ground Real Estate Investors, LLC and 3121 North Racine, LLC and Mr. Brandon Karow and Mr. Jeffrey A. Dow, arising out of a purchase agreement dated August 2, 2018, for the portion of the Property located at 20-22 North 4th Street, Minneapolis, MN 55401, legally described as Lot 12, Auditor's Subdivision No. 152, Hennepin County, Minnesota, Torrens Property, but not including 327 1st Avenue North.

3. Sale of the Property to North Fourth Minneapolis, LLC constitutes a legal, valid and effective transfer, assignment, sale and conveyance of the bankruptcy estate's interest in the Property and assets described in the commercial purchase agreement and shall vest North Fourth Minneapolis, LLC with all right, title and interest in such acquired assets.

4. The trustee is authorized to execute such documents as are necessary to finalize the sale.

5. The trustee is authorized to pay all standard closing costs necessary to complete the transaction, including the state deed tax and up to $2,000 for any outstanding utility expenses incurred prior to closing.

6. This Order is effective immediately notwithstanding Fed. R. Bankr. P. 6004(h).

Dated: October 28, 2019

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

2